# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:

HUFF, DANA T.
STEFFEN, JACKIE M.

§
§
§    Case No. 09-27383 JMM
§
§
§

Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stanley J. Kartchner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Stanley J. Kartchner _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO P.O. BOX 9210 DES MOINES, IA 50306 | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STANLEY J. KARTCHNER | | | | | |
| STANLEY J. KARTCHNER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 21126 PHILADELPHIA, PA 19114-0326 | | | | | |
| 000005B | ARIZONA DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A & S COLLECTION ASSOCIATES, INC PO BOX 395 WILLIAMSTOWN, VT 05679 | | | | | |
| | ANDERSON CRENSHAW ASSO 12801 N CENTRAL EXPY DALLAS, TX 75243 | | | | | |
| | ASSOCIATED RADIOLOGISTS PO BOX 98312 PHOENIX, AZ 85038-0312 | | | | | |
| | Additional Notice: ACCOUNTS RECEIVABLE MANAGEMENT | | | | | |
| | Additional Notice: BASS & ASSOCIATES, PC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Additional Notice: ER SOLUTIONS | | | | | |
| | Additional Notice: GC SERVICES LIMITED PRTNERSHIP | | | | | |
| | Additional Notice: GILBERT EMERGENCY MEDICINE SPECIALIST | | | | | |
| | Additional Notice: HSBC CARD SERVICES | | | | | |
| | Additional Notice: LVNV FUNDING LLC | | | | | |
| | Additional Notice: LVNV FUNDING LLC | | | | | |
| | Additional Notice: LVNV FUNDING LLC | | | | | |
| | Additional Notice: NATIONAL CREDIT ADJUSTERS | | | | | |
| | Additional Notice: NCO FIN/33 | | | | | |
| | Additional Notice: SONORA QUEST LABORATORIES | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Additional Notice: TEAM PHYSICIANS AZ | | | | | |
| | BANNER BAYWOOD MEDICAL CENTER PO BOX 18 PHOENIX, AZ 85001 | | | | | |
| | BASS & ASSOCIATES, PC 3936 E FORT LOWELL RD STE 200 TUCSON, AZ 85712-1083 | | | | | |
| | BUREAU OF MEDICAL ECONOMICS 326 EAST CORONADO ROAD PHOENIX, AZ 85004 | | | | | |
| | BUSINESS OFFICE PO BOX 98311 PHOENIX, AZ 85072 | | | | | |
| | BUSINESS REVENUE SYSTEMS PO BOX 13077 DES MOINES, IA 50310-0077 | | | | | |
| | CARDIO TWISTER PO BOX 406 FARMINGDALE, NY 11735 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CARPENTER HAZLEWOOD, PLC 1400 E. SOUTHERN AVE., STE 400 TEMPE, AZ 85282-5691 | | | | | |
| | COLLECTION SERVICE BUREAU 2901 N. 78TH ST. SCOTTSDALE, AZ 85251 | | | | | |
| | COX COMMUNICATIONS PO BOX 78071 PHOENIX, AZ 85062-8071 | | | | | |
| | ER SOLUTIONS 800 SW 39TH ST. PO BOX 9004 RENTON, WA 98057 | | | | | |
| | FBCS, INC. 841 E. HUNTING PARK AVE. PHILADELPHIA, PA 19124-4824 | | | | | |
| | GC SERVICES LIMITED PRTNERSHIP 6330 GULFTON HOUSTON, TX 77081 | | | | | |
| | GILBERT EMERGENCY MEDICINE SPECIALIST PO BOX 808 WINFIELD, WV 25213 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GILBERT HOSPITAL 5656 S. POWER RD. HIGLEY, AZ 85236 | | | | | |
| | GRANT & WEBER 14795 N. 78TH WAY, STE. 800 SCOTTSDALE, AZ 85260 | | | | | |
| | HRRG PO BOX 189053 FORT LAUDERDALE, FL 33318-9053 | | | | | |
| | HSBC CARD SERVICES P.O. BOX 60102 CITY OF INDUSTRY, CA 91716-0102 | | | | | |
| | HSBC CARD SERVICES PO BOX 60102 CITY OF INDUSTRY, CA 91716 | | | | | |
| | J.R. BROTHERS FINANCIAL, INC. P.O. BOX 35666 PHOENIX, AZ 85069-5666 | | | | | |
| | JOHNSON UTILITIES 968 E. HUNT HWY QUEEN CREEK, AZ 85242 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KENNETH EISEN & ASSOCIATES WILLIAM A. EISEN, PRESIDENT 777 E. MISSOURI AVE. #103 PHOENIX, AZ 85014-2855 | | | | | |
| | LVNV FUNDING LLC PO BOX 740281 HOUSTON, TX 77274 | | | | | |
| | MEDICAL DIAG IMAGING GROUP PO BOX 27340 PHOENIX, AZ 85061 | | | | | |
| | MEDICAL PAYMENT DATA PO BOX 938 VERO BEACH, FL 32961 | | | | | |
| | MEDICAL PAYMENT DATA PO BOX 938 VERO BEACH, FL 32961 | | | | | |
| | MEDICAL RESOURCE SYSTEMS PO BOX 40370 MESA, AZ 85274 | | | | | |
| | NCO FIN/33 PO BOX 13584 PHILADELPHIA, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO FIN/99 PO BOX 15630 DEPT 99 PHILADELPHIA, PA 19101 | | | | | |
| | NEXT CARE URGENT CARE 2550 N. THUNDERBIRD CIRCLE, STE 303 MESA, AZ 85215-1219 | | | | | |
| | PAYCHECK ADVANCE 462 ALMA SCHOOL ROAD MESA, AZ 85201 | | | | | |
| | PLAZA RECOVERY ASSOCIATES P.O. BOX 18008 HAUPPAUGE, NY 11788-8808 | | | | | |
| | SONORA QUEST LABORATORIES PO BOX 78162 PHOENIX, AZ 85062 | | | | | |
| | SUPERSTITION VIEWS CLIENT WILL PROVIDE | | | | | |
| | TEAM PHYSICIANS AZ P.PO. BOX 740023 CINCINNATI, OH 45274-0023 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WELLS FARGO FINANCIAL BANK PO BOX 98791 LAS VEGAS, NV 89193-8791 |  |  |  |  |  |
|  | WILLIE QUON M.D. PO BOX 29211 PHOENIX, AZ 85038 |  |  |  |  |  |
| 000005A | ARIZONA DEPARTMENT OF REVENUE |  |  |  |  |  |
| 000001 | ARIZONA DEPT OF ECONOMIC SECURITY |  |  |  |  |  |
| 000004 | CNAC/AZ102 |  |  |  |  |  |
| 000006 | CNAC/AZ102 |  |  |  |  |  |
| 000003 | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| 000002 | QWEST CORPORATION |  |  |  |  |  |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA |  |  |  |  |  |
| 000008 | RECOVERY MANAGEMENT SYSTEMS CORPORA |  |  |  |  |  |
| 000009 | US DEPT OF EDUCATION |  |  |  |  |  |
| 000010 | NATIONAL RECOVERY 1,LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No:        09-27383      JMM    Judge: JAMES M. MARLAR

Case Name:    HUFF, DANA T.

STEFFEN, JACKIE M.

For Period Ending:  12/30/10

Trustee Name:            Stanley J. Kartchner
Date Filed (f) or Converted (c):   10/27/09 (f)
341(a) Meeting Date:         12/04/09
Claims Bar Date:            04/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA CHECKING ACCOUNT | 300.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK OF AMERICA SAVINGS ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. DESERT SCHOOLS FEDERAL CREDIT UNION SAVINGS ACCOUN | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. LANDLORD | 875.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND APPLIANCES | 950.00 | 0.00 | DA | 0.00 | FA |
| 6. LAPTOP COMPUTER | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. COMPUTER AND PRINTER | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. CLOTHING | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. MISCELLANEOUS JEWELRY | 120.00 | 0.00 | DA | 0.00 | FA |
| 10. WEDDING RINGS | 400.00 | 0.00 | DA | 0.00 | FA |
| 11. TERM LIFE INSURANCE - NO CASH VALUE THROUGH EMPLOY | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 401K EXCLUDED FROM THE BANKRUPTCY ESTATE PURSUANT | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13. BACK CHILD SUPPORT | Unknown | 0.00 | DA | 0.00 | FA |
| 14. 2004 NISSAN XTERRA 120,000 MILES | 7,470.00 | 0.00 | DA | 0.00 | FA |
| 15. 1976 GMC GRAND SIERRA 200,000 MILES | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 16. 1 CAT AND 1 DOG | 20.00 | 0.00 | DA | 0.00 | FA |
| 17. TAX REFUNDS (u) | 0.00 | 4,696.00 | | 3,847.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.35 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $14,735.00          $4,696.00               $3,847.35               $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Case No:          09-27383     JMM    Judge: JAMES M. MARLAR

Case Name:        HUFF, DANA T.

                  STEFFEN, JACKIE M.

Trustee Name:               Stanley J. Kartchner

Date Filed (f) or Converted (c):    10/27/09 (f)

341(a) Meeting Date:                12/04/09

Claims Bar Date:                    04/26/10

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 06/11/10

| Case No: | 09-27383 -JMM | | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|---|
| Case Name: | HUFF, DANA T. | | Bank Name: | BANK OF AMERICA, N.A. |
| | STEFFEN, JACKIE M. | | Account Number / CD #: | *******7916 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0455 | | | |
| For Period Ending: | 12/30/10 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/10 | 17 | DESERT SCHOOLS (CC) | INCOME TAX REFUND | 1224-000 | 3,847.00 | | 3,847.00 |
| 02/26/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 3,847.03 |
| 03/31/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,847.13 |
| 04/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,847.22 |
| 05/28/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,847.31 |
| 06/11/10 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 3,847.35 |
| 06/11/10 | | Transfer to Acct #*******1802 | Final Posting Transfer | 9999-000 | | 3,847.35 | 0.00 |

|  | COLUMN TOTALS | 3,847.35 | 3,847.35 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 3,847.35 | |
| | Subtotal | 3,847.35 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 3,847.35 | 0.00 | |

Page Subtotals 3,847.35 3,847.35

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-27383  -JMM |
| Case Name: | HUFF, DANA T. |
| | STEFFEN, JACKIE M. |
| Taxpayer ID No: | *******0455 |
| For Period Ending: | 12/30/10 |

| | |
|---|---|
| Trustee Name: | Stanley J. Kartchner |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1802  Checking - Non Interest |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/10 | | Transfer from Acct #*******7916 | Transfer In From MMA Account | 9999-000 | 3,847.35 | | 3,847.35 |
| 10/19/10 | 001001 | STANLEY J. KARTCHNER CHAPTER 7 TRUSTEE 7090 N ORACLE RD # 178-204 TUCSON, AZ  85704 | Chapter 7 Compensation/Fees | 2100-000 | | 961.84 | 2,885.51 |
| 10/19/10 | 001002 | STANLEY J. KARTCHNER CHAPTER 7 TRUSTEE 7090 N ORACLE RD # 178-204 TUCSON, AZ  85704 | Chapter 7 Expenses | 2200-000 | | 57.55 | 2,827.96 |
| 10/19/10 | 001003 | ARIZONA DEPARTMENT OF REVENUE SPECIAL OPERATIONS UNIT 1600 W. MONROE, 7TH FLOOR PHOENIX, AZ 85007 | Claim 000005B, Payment 100.00000% 1917/6895 | 5800-000 | | 357.07 | 2,470.89 |
| 10/19/10 | 001004 | ARIZONA DEPT OF ECONOMIC SECURITY OFFICE OF ACCTS RECEIVABLE & COLLECTIONS P O BOX 60 PHOENIX AZ 85001-0060 | Claim 000001, Payment 15.66523% 0000157553 | 7100-000 | | 65.96 | 2,404.93 |
| 10/19/10 | 001005 | Qwest Corporation 1801 California St. Rm 900 Attn: Bankruptcy Denver, CO 80202 | Claim 000002, Payment 15.66559% 4959 | 7100-000 | | 176.83 | 2,228.10 |
| 10/19/10 | 001006 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 21126 PHILADELPHIA PA 19114-0326 | Claim 000003, Payment 15.66637% 1917 | 7100-000 | | 68.05 | 2,160.05 |
| 10/19/10 | 001007 | CNAC/AZ102 5201 W. GLENDALE AVE. GLENDALE AZ 85301 | Claim 000004, Payment 15.66529% | 7100-000 | | 1,033.50 | 1,126.55 |

Page Subtotals            3,847.35            2,720.80

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-27383 -JMM |
| Case Name: | HUFF, DANA T. |
| | STEFFEN, JACKIE M. |
| Taxpayer ID No: | *******0455 |
| For Period Ending: | 12/30/10 |

| | |
|---|---|
| Trustee Name: | Stanley J. Kartchner |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1802 Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/19/10 | 001008 | ARIZONA DEPARTMENT OF REVENUE SPECIAL OPERATIONS UNIT 1600 W. MONROE, 7TH FLOOR PHOENIX, AZ 85007 | Claim 000005A, Payment 15.66038% 1917/6895 | 7100-000 | | 12.45 | 1,114.10 |
| 10/19/10 | 001009 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of HSBC 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000007, Payment 15.66579% 4387 | 7100-000 | | 141.39 | 972.71 |
| 10/19/10 | 001010 | Recovery Management Systems Corporation For Capital Recovery III LLC As Assignee of CREDIT ONE BANK, N.A. 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | Claim 000008, Payment 15.66542% 4582 | 7100-000 | | 183.84 | 788.87 |
| 10/19/10 | 001011 | US Dept of Education PO Box 105028 Atlanta, GA 30348-5028 | Claim 000009, Payment 15.66511% 1917 | 7100-000 | | 788.87 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 3,847.35 | 3,847.35 | 0.00 |
| Less: Bank Transfers/CD's | 3,847.35 | 0.00 | |
| Subtotal | 0.00 | 3,847.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,847.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7916 | 3,847.35 | 0.00 | 0.00 |
| Checking - Non Interest - ********1802 | 0.00 | 3,847.35 | 0.00 |
| | 3,847.35 | 3,847.35 | 0.00 |

Page Subtotals    0.00    1,126.55

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Ver: 16.01b

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-27383  -JMM | |
| Case Name: | HUFF, DANA T. | |
| | STEFFEN, JACKIE M. | |
| Taxpayer ID No: | *******0455 | |
| For Period Ending: | 12/30/10 | |

| | |
|---|---|
| Trustee Name: | Stanley J. Kartchner |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1802  Checking - Non Interest |
| Blanket Bond (per case limit): | $          0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page Subtotals | 0.00 | 0.00 | |